**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 107 MAL 2017
                                :
             Respondent         :
                                :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
             v.                 :
                                :
                                :
JASON R. MILLER,                :
                                :
             Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.